JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| ELBERT STEWART, | ) | No. CV 11-03835-GW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES D. HARTLEY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: April 25, 2014

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE